

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ARNOLD D. LACOUR AND KIMBERLY PETTIT, | § | |
| | § | No. 08-21-00078-CV |
| Appellants, | § | Appeal from the |
| v. | § | |
| | § | County Court at Law No. 10 |
| ANAHI PINEDA AND SERGIO LEYVA, | § | of Bexar County, Texas[1] |
| Appellees. | § | (TC# 2021CV00084) |
| | § | |

## **MEMORANDUM OPINION**

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. Finding that Appellants have not filed a brief or a motion for extension of time, we dismiss the appeal.

On May 27, 2021, the Clerk of the Court sent the parties a notice that Appellants had not filed a brief or motion for extension of time. Further, the notice advised the parties of the Court's intent to dismiss for want of prosecution unless a party responded showing grounds to continue the appeal. No response has been received as of this date.

---

[1] We hear this case on transfer from Fourth Court of Appeals in San Antonio. *See* TEX.R.APP.P. 41.3.

This Court possesses the authority to dismiss an appeal for want of prosecution when the appellant has failed to file a brief in the time prescribed and gives no reasonable explanation for such failure. TEX.R.APP.P. 38.8(a)(1). Because Appellants failed to file a brief and have not responded to our inquiries,[2] we dismiss the appeal for want of prosecution pursuant to TEX.R.APP.P. 38.8(a)(1), 42.3(b), and 42.3(c).

June 29, 2021

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.

---

[2] Appellees also filed a motion to dismiss contending that the appeal was moot because no supersedeas bond was filed and the judgment had already been executed. We asked Appellants for a response to this motion. Appellants did not respond to this request, either. Because we dismiss this appeal for want of prosecution, we overrule Appellees' motion to dismiss as moot.